IN THE UNITED STATES DISTRICT COURT OF
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY MOORE ) <br> 4305 South 950 East ) <br> Wolcottville, IN 46795 ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> ) <br> SERVE: Illinois Corporation Service ) <br> 801 Adlai Stevenson Drive ) <br> Springfield, IL 62703 ) <br> ) <br> PROFESSIONAL TRANSPORTATION, INC., ) <br> ) <br> SERVE: NATIONAL REGISTERED ) <br> AGENTS, INC., ) <br> 200 West Adams Street ) <br> Chicago, IL 60606 ) <br> ) <br> Defendants. ) | FILED: FEBRUARY 20, 2009 <br> 09CV1096 <br> JUDGE LEINENWEBER <br> MAGISTRATE JUDGE SCHENKIER <br> BR <br><br> Cause No.: <br><br><br> JURY TRIAL DEMANDED |

**COMPLAINT**
**COUNT I**
**Personal Injury**

COMES NOW plaintiff, Bradley Moore, by his attorneys, O'Brien Chod, L.L.C., and for his causes of action against defendant, Professional Transportation, Inc., states as follows:

1.  Plaintiff, Bradley Moore, is now and was at all times relevant a railroad worker and residing in Wolcottville, Indiana.

2. Defendant, Professional Transportation, Inc., is now, and was at all times hereinafter mentioned, is and was a corporation authorized to and doing business in the State of Illinois with a registered agent in the State of Illinois and specifically in the territory which compromises the United States District Court of the Northern District of Illinois, and engaged in the business of transporting railroad workers for and on behalf of defendant, CSX Transportation, Inc., a common carrier by rail engaged in interstate commerce as more fully set forth above. Defendants, Professional Transportation, Inc., and CSX Transportation, Inc., had an agreement, either express or implied, for the transportation of CSX Transportation, Inc., railroad workers while in interstate commerce and defendant, Professional Transportation, Inc., was in fact performing pursuant to said agreement at the time of the incident more fully set forth above.

3. Defendant, Professional Transportation, Inc., has facilities and agents for the conduct of its usual and customary business located in the Northern District of Illinois, at 200 West Adams Street, Chicago, IL 60606.

3. On or about March 2, 2007 at approximately 5:50 a.m. in Elkhart, Indiana while employed as a locomotive engineer for defendant, CSX Transportation, Inc., plaintiff, Bradley Moore, was a passenger in a van owned and/or operated by defendant, Professional Transportation, Inc., whose services had been contracted for by the defendant, CSX Transportation, Inc., its agents, servants, or employees.

4. Plaintiff, Bradley Moore, states that his injuries and damages were due in whole or in part as the result of the negligent acts or omissions of the defendant,

Professional Transportation, Inc., in one or more of the following respects:

    a.    it failed to provide plaintiff with reasonably safe transportation; or

    b.    its agent or servant negligently and carelessly failed to maintain control of the van, colliding with a bridge

    c.    its agent or servant negligently and carelessly failed to stop, swerve, slacken his speed when he knew or should have known by the exercise of the highest degree of care of the reasonable likelihood of collision in time thereafter to have done so; or

    d.    its agent assigned a driver on his first day of work to drive a van in hazardous weather conditions; or

    e.    its agent or servant negligently ordered the driver to leave when said driver warned his supervisor of the hazardous weather; or

    f.    its agent or servant violated Illinois Motor Vehicle Statutes in that the driver failed to maintain control of the van.

5.    As a result of the aforementioned conduct of the defendant, Professional Transportation, Inc., plaintiff, Bradley Moore, was caused to suffering serious, painful, and permanent injuries to his left ankle. Plaintiff, Bradley Moore, has lost the wages of his employment with defendant, CSX Transportation, Inc., and will in the future lose further wages. Plaintiff, Bradley Moore, has expended or obligated himself for reasonably and necessary medical expenses and hospital care and will in the future expend or obligate himself for such costs. Plaintiff, Bradley Moore, has suffered pain and suffering as a result of defendant, CSX Transportation, Inc., negligence and will in the future endure such pain and suffering. Plaintiff's ability to work, labor and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damages in a sum to be determined in a jury trial.

WHEREFORE, plaintiff, Bradley Moore, prays Judgment in Count I of his Complaint against the defendant, Professional Transportation, Inc., for a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) which is the jurisdictional minimum of the Court, together with his costs herein expended.

## COUNT II

### (Federal Employer's Liability Act)

COMES NOW plaintiff, Bradley Moore, by and through his attorneys, O'Brien Chod, L.L.C., and for his causes of action against defendant, CSX Transportation, Inc., states as follows:

1. Plaintiff, Bradley Moore, is now and was at all times relevant a railroad worker and residing in Wolcottville, Indiana.

2. Defendant, CSX Transportation, Inc., is now and was at all times relevant a railroad corporation duly organized and existing according to law and was engaged in business as a common carrier by railroad in interstate commerce in the states of Missouri, Illinois and other states of the United States.

3. At all times mentioned herein, the plaintiff, Bradley Moore, and the defendant, CSX Transportation, Inc., were then and there employed and engaged in interstate commerce and by reason thereof their mutual rights and obligations were governed by a certain Act of Congress known as the Federal Employer's Liability Act, 45 U.S.C., Section 51-60.

4. On or about March 2, 2007 at approximately 5:50 a.m. in Elkhart, Indiana

while employed as a locomotive engineer for defendant, CSX Transportation, Inc., plaintiff, Bradley Moore, was a passenger in a van owned and/or operated by defendant, Professional Transportation, Inc., whose services had been contracted for by the defendant, CSX Transportation, Inc., its agents, servants, or employees.

 5. At said time and place, plaintiff was injured while riding as a passenger in a van through company provided transportation when the van failed to slow down during snowy conditions, causing the van to collide with a bridge, and causing serious and permanent injuries to the Plaintiff.

 6. Plaintiff states that his injuries and damages were due in whole or in part as a result of the negligent acts or omissions of the defendant, CSX Transportation, Inc., in one or more of the following respects:

  a. it failed to provide plaintiff with reasonably safe conditions for work; or

  b. it failed to provide plaintiff with a reasonably safe place to work; or

  c. it failed to provide plaintiff with reasonably safe transportation; or

  d. it failed to provide plaintiff with a reasonable safe supervision; or

  e. its agent or servant negligently and carelessly failed to maintain control of the van, or

  f. its agent or servant was negligent in that it negligently ordered plaintiff to get in the van and travel to Chicago when plaintiff called the CSX Chicago dispatcher and informed him that the weather conditions in Indiana were too hazardous to safely drive to Chicago; or

  f. its agent or servant negligently and carelessly failed to stop, swerve, slacken his when he knew or should have known by the exercise of

the highest degree of care of the reasonable likelihood of collision in time thereafter to have done so; or

g. it negligently and carelessly selected Professional Transportation, Inc., to transport its employees

7. As a result of the aforementioned conduct of the defendant, CSX Transportation, Inc., plaintiff, Bradley Moore, was caused to suffer serious, painful, and permanent injuries to his left ankle. Plaintiff, ~~Bob Rash~~ Bradley Moore, has lost the wages of his employment with defendant, CSX Transportation, Inc., and will in the future lose further wages. Plaintiff, Bradley Moore, has expended or obligated himself for reasonable and necessary medical expenses and hospital care and will in the future expend or obligate himself for such costs. Plaintiff, Bradley Moore, has suffered pain and suffering as a result of defendant, CSX Transportation, Inc., negligence and will in the future endure such pain and suffering. Plaintiff's ability to work, labor and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damages in a sum to be determined in a jury trial.

WHEREFORE, plaintiff, Bradley Moore, prays Judgment in Count II of his Complaint against the defendant, CSX Transportation, Inc., for a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) which is the jurisdictional minimum of the Court, together with his costs herein expended.

Respectfully submitted,

O'BRIEN CHOD, L.L.C.

_____
PATRICK S. O'BRIEN #3127549
326 South 21st Street, Suite 306
St. Louis, MO 63103
Ph.: (314) 621-7474
Fax: (314) 621-7476
*Attorney for Plaintiff*